

June 20, 2023

***VIA E-FILING***

Magistrate Judge Jared C. Bennett     Email: utdecf_bennett@utd.uscourts.gov
United States District Court of Utah
351 S. West Temple
Salt Lake City, UT 84101

Re:   *Cloudcover IP v. Buchanan*
      Case No. 2:21-cv-000237-DBB-JCB
      Our File No.: 55745.000001

To the Honorable Magistrate Judge Bennett:

Pursuant to the Your Honor's Status Report Order [50], Plaintiff submits the following Status Report on behalf of the parties.

A written Settlement Agreement was executed on May 25, 2023. Further to the timelines established in that Settlement Agreement, the parties anticipate being able to file dismissal documents in late-June or early-July.

Please let me know if any additional information is needed.  Thank you.

Very truly yours,

[Sent by E-Mail]

**Aaron P. Minster**
Attorney at Law
P: (612) 877-5263  F: (612) 877-5230
Aaron.Minster@lawmoss.com

APMI/blm
cc:   Benson L. Hathaway, Jr. (via email)
      Adam D. Stevens (via email)

8551102v1